UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RODNEY G. HEBBELER,

        Petitioner,

   v.

UNITED STATES OF AMERICA,

        Respondent.

Civil Case No. 17-cv-1114-JPG
Criminal Case No. 15-cr-40084-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision as to some matters and the petitioner having voluntarily withdrawn others,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Rodney G. Hebbeler's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is dismissed.

**DATED: September 14, 2018**     **THOMAS L. GALBRAITH, Acting Clerk of Court**

                                        **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**